UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES SEIFE,<br><br>                    Plaintiff,<br><br>          v.<br><br>FOOD AND DRUG ADMINISTRATION and DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>                    Defendants. | Civil Action No. 1:17-cv-3960 |

**DECLARATION OF SERVICE OF PROCESS**

I, David R. Stanton, hereby depose and state:

1. I am over 18 years of age and am not a party to the above captioned action.

2. I served the defendant Department of Health and Human Services with a copy of the summons and complaint in the above-captioned action by mailing a copy by overnight mail (United Parcel Service No. 1ZA6916A0155980236) to 200 Independence Ave, S.W., Washington D.C. 20201-0004 on June 1, 2017. The United Parcel Service tracking sheet, annexed below, shows that it was received June 2, 2017

3. I served the defendant Food and Drug Administration with a copy of the summons and complaint in the above-captioned action by mailing a copy by overnight mail (United Parcel Service No. 1ZA6916A0122645179) to 10903 New Hampshire Ave, Silver Spring, MD, 20993-0002 on June 1, 2017. The United Parcel Service tracking sheet, annexed below, shows that it was received June 6, 2017.

4. I served the Attorney General of the United States with a copy of the summons and complaint in the above-captioned action by mailing a copy by registered mail (United Parcel

Service No. 1ZA6916A0356457716) to 950 Pennsylvania Ave, N.W., Washington, D.C., 20530-0001 on June 8, 2017. The United Parcel Service tracking sheet, annexed below, shows that it was received June 12, 2017.

5. I served the United States Attorney General for the Southern District of New York with a copy of the summons and complaint in the above-captioned action by mailing a copy by overnight mail (United Parcel Service No. 1ZA6916A0122643448) to 1 St. Andrew's Plaza, New York City, NY 10007-1701 on June 1, 2017. The United Parcel Service tracking sheet, annexed below, shows that it was received June 2, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of June 2017.

New Haven, Connecticut

/s/ David R. Stanton

_____

David R. Stanton
Media Freedom and Information Access Clinic
Yale Law School, J.D. Candidate 2019
P.O. Box 208215
New Haven, CT 06250
Tel: (617) 932-9301
Fax: (203) 432-3034
david.stanton@ylsclinics.org

# Shipment Receipt: Page #1 of 1

THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:
THUR 1 JUN 2017

EXPECTED DELIVERY DATE:
FRI 2 JUN 2017 10:30 AM
SHIP FROM:
MEDIA FREEDOM & INFO ACCESS CLINIC
PO BOX 208215
NEW HAVEN  CT 06520
(203) 436-5831

SHIP TO:
DEP'T OF HEALTH AND HUMAN SERVICES
200 INDEPENDENCE AVE SW
WASHINGTON DC 20201-0004
BUSINESS

SHIPPED THROUGH:
THE UPS STORE #5105
NEW HAVEN, CT 06511-3403
(203) 772-4445

SHIPMENT INFORMATION:
UPS NEXT DAY AIR COM
0.65 LBS ACTUAL WT
1.00 LBS BILLABLE WT
CARRIER LETTER
E-MAIL NOTIFICATION: SHIP,DELIVER

TRACKING NUMBER: 1ZA6916A0155980236
SHIPMENT ID: MMRNKN4UDBANJ
SHIP REF 1: AL
SHIP REF 2: - -

DESCRIPTION OF GOODS:
DOCUMENTS

SHIPMENT CHARGES:
NEXT DAY AIR COM        40.29
SERVICE OPTIONS          0.00
FUEL SURCHARGE           1.91
CWS PROCESSING FEE       0.20

TOTAL                  $42.40

COMPLETE ONLINE TRACKING: ENTER THIS ADDRESS IN YOUR WEB BROWSER TO TRACK:
HTTP://THEUPSSTORE.COM  (SELECT TRACKING, ENTER SHIPMENT ID #)   SHIPMENT
QUESTIONS? CONTACT SHIPPED THROUGH ABOVE.

CUSTOMER ACKNOWLEDGEMENT: I ACKNOWLEDGE AND ACCEPT TERMS & CONDITIONS IN FORCE
FOR TENDERING SHIPMENTS THROUGH THIS LOCATION AND CERTIFY THAT ADDRESS, CONTENTS
AND VALUES PROVIDED FOR THIS SHIPMENT ARE ACCURATE IN ALL RESPECTS.

Signature:

SHIPMENTID: MMRNKN4UDBANJ

Powered by iShip(r)
06/01/2017 11:49 AM Pacific Time H

The UPS Store

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
RRD R 0417

QUICK START

Home (/us/en/Home.page?) > Tracking (/us/en/services/tracking.page?) > Track & Tracking History

# Tracking Detail

**1ZA6916A0155980236**

Delivered

**Delivered On:**
Friday, 06/02/2017 at 10:02 A.M.

**Left At:**
Mail Room

**Received By:**
TYLER

**Proof of Delivery** 

What time will your package be delivered to your home? Get **FREE** estimated Delivery Windows on most UPS packages.

## Continue

I am already a UPS My Choice® Member

▼ **SHIPMENT PROGRESS**

| LOCATION | DATE | LOCAL TIME | ACTIVITY |
|---|---|---|---|
| WASHINGTON, DC, US | 06/02/2017 | 10:02 A.M. | Delivered |
| Landover, MD, United States | 06/02/2017 | 6:30 A.M. | Out For Delivery |
|  | 06/02/2017 | 5:41 A.M. | Arrival Scan |
| Philadelphia, PA, United States | 06/02/2017 | 3:26 A.M. | Departure Scan |

| Philadelphia, PA, United States | 06/01/2017 | 10:48 P.M. | Arrival Scan |
|---|---|---|---|
| Windsor Locks, CT, United States | 06/01/2017 | 9:45 P.M. | Departure Scan |
|  | 06/01/2017 | 8:50 P.M. | Arrival Scan |
| Orange, CT, United States | 06/01/2017 | 7:42 P.M. | Departure Scan |
|  | 06/01/2017 | 7:28 P.M. | Origin Scan |
| United States | 06/01/2017 | 6:26 P.M. (ET) | Order Processed: Ready for UPS |

▼ **ADDITIONAL INFORMATION**

**Shipment Category:** Package
**Shipped/Billed On:** 06/01/2017
**Weight:** 0.70 lb

Customer Service +

Connect with Us +

Other UPS Sites +

Company Info +

This Site +

Legal +

Copyright ©1994- 2017 United Parcel Service of America, Inc. All rights reserved.

# Shipment Receipt: Page #1 of 1

THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

```
SHIP DATE:                          SHIPMENT INFORMATION:
THUR 1 JUN 2017                     UPS NEXT DAY AIR COM
                                    0.65 LBS ACTUAL WT
EXPECTED DELIVERY DATE:             1.00 LBS BILLABLE WT
FRI 2 JUN 2017 10:30 AM             CARRIER LETTER
SHIP FROM:                          E-MAIL NOTIFICATION: SHIP,DELIVER
MEDIA FREEDOM & INFO ACCESS CLINIC
PO BOX 208215
NEW HAVEN  CT 06520
(203) 436-5831
                                    TRACKING NUMBER: 1ZA6916A0122645179
                                    SHIPMENT ID: MMRNKM4CNCYYD
                                    SHIP REF 1: AL
                                    SHIP REF 2: - -

SHIP TO:
FOOD AND DRUG ADMINISTRATION        DESCRIPTION OF GOODS:
10903 NEW HAMPSHIRE AVE             DOCUMENTS
SILVER SPRING MD 20993-0002
BUSINESS
                                    SHIPMENT CHARGES:
                                    NEXT DAY AIR COM              40.29
                                    SERVICE OPTIONS                0.00
                                    FUEL SURCHARGE                 1.91
SHIPPED THROUGH:                    CMS PROCESSING FEE             0.20
THE UPS STORE #5105
NEW HAVEN,CT 06511-3403
(203) 772-4445
                                    TOTAL                       $42.40
```

COMPLETE ONLINE TRACKING: ENTER THIS ADDRESS IN YOUR WEB BROWSER TO TRACK:
HTTP://THEUPSSTORE.COM (SELECT TRACKING, ENTER SHIPMENT ID #) SHIPMENT
QUESTIONS? CONTACT SHIPPED THROUGH ABOVE.

CUSTOMER ACKNOWLEDGEMENT: I ACKNOWLEDGE AND ACCEPT TERMS & CONDITIONS IN FORCE
FOR TENDERING SHIPMENTS THROUGH THIS LOCATION AND CERTIFY THAT ADDRESS, CONTENTS
AND VALUES PROVIDED FOR THIS SHIPMENT ARE ACCURATE IN ALL RESPECTS.

Signature:

SHIPMENTID: MMRNKM4CNCYYD

Powered by iShip(r)
06/01/2017 11:47 AM Pacific Time N

The UPS Store

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
RRD R 0417

Welcome to our new site. Take a look at whatw (/us/en/help-center/new-features.page)

QUICK START

Home (/us/en/Home.page?) > Tracking (/us/en/services/tracking.page?) > Track & Tracking History

# Tracking Detail

## 1ZA6916A0122645179

Delivered

**Delivered On:**
Tuesday,  06/06/2017 at 11:09 A.M.

**Left At:**
Office

**Received By:**
BESS

**Proof of Delivery** [↗]

What time will your package be delivered to your home? Get **FREE** estimated Delivery Windows on most UPS packages.

## Continue

I am already a UPS My Choice® Member

▼ **SHIPMENT PROGRESS**

| LOCATION | DATE | LOCAL TIME | ACTIVITY |
|---|---|---|---|
| SILVER SPRING, MD, US | 06/06/2017 | 11:09 A.M. | Delivered |
| Laurel, MD, United States | 06/06/2017 | 6:00 A.M. | Out For Delivery |
| Laurel, MD, United States | 06/05/2017 | 9:31 P.M. | Destination Scan |

|  | 06/05/2017 | 6:19 P.M. | The delivery change was completed. / M |
|---|---|---|---|
|  | 06/05/2017 | 2:41 P.M. | A delivery change for this package is in p |
|  | 06/05/2017 | 9:58 A.M. | The suite number is either missing or inc |
| Laurel, MD, United States | 06/04/2017 | 10:45 P.M. | Destination Scan |
| Laurel, MD, United States | 06/02/2017 | 9:44 P.M. | Destination Scan |
|  | 06/02/2017 | 6:56 P.M. | The suite number is either missing or inc |
|  | 06/02/2017 | 10:10 A.M. | The suite number is either missing or inc |
|  | 06/02/2017 | 5:35 A.M. | Arrival Scan |
| Philadelphia, PA, United States | 06/02/2017 | 3:32 A.M. | Departure Scan |
| Philadelphia, PA, United States | 06/01/2017 | 10:48 P.M. | Arrival Scan |
| Windsor Locks, CT, United States | 06/01/2017 | 9:45 P.M. | Departure Scan |
|  | 06/01/2017 | 8:50 P.M. | Arrival Scan |
| Orange, CT, United States | 06/01/2017 | 7:42 P.M. | Departure Scan |
|  | 06/01/2017 | 7:28 P.M. | Origin Scan |
| United States | 06/01/2017 | 6:26 P.M. (ET) | Order Processed: Ready for UPS |

▼ **ADDITIONAL INFORMATION**

**Shipment Category:**        Package
**Shipped/Billed On:**        06/01/2017
**Weight:**                   0.70 lb

Customer Service                                   +

Connect with Us                                    +

Other UPS Sites                                    +

Company Info

| This Site | ∓ |
|---|---|
| Legal | + |

Copyright ©1994- 2017 United Parcel Service of America, Inc. All rights reserved.

# Shipment Receipt: Page #1 of 1

THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

```
SHIP DATE:                         SHIPMENT INFORMATION:
THUR 1 JUN 2017                    UPS NEXT DAY AIR COM
                                   0.65 LBS ACTUAL WT
EXPECTED DELIVERY DATE:            1.00 LBS BILLABLE WT
FRI 2 JUN 2017 10:30 AM            CARRIER LETTER
SHIP FROM:                         E-MAIL NOTIFICATION: SHIP,DELIVER
MEDIA FREEDOM & INFO ACCESS CLINIC
PO BOX 208215
NEW HAVEN  CT 06520
(203) 436-5831
                                   TRACKING NUMBER: 1ZA6916A0122643448
                                   SHIPMENT ID: MMRNKN4M89NE6
                                   SHIP REF 1: AL
                                   SHIP REF 2: - -

SHIP TO:
ATTN: JOON H. KIM                  DESCRIPTION OF GOODS:
US ATTORNY'S OFF FOR SO. DIST OF NY  DOCUMENTS
1 ST ANDREWS PLZ
NEW YORK NY 10007-1701
BUSINESS
                                   SHIPMENT CHARGES:
                                   NEXT DAY AIR COM        28.82
                                   SERVICE OPTIONS          0.00
                                   FUEL SURCHARGE           1.37
SHIPPED THROUGH:                   CMS PROCESSING FEE       0.20
THE UPS STORE #5105
NEW HAVEN,CT 06511-3403
(203) 772-4445
                                   TOTAL                  $30.39
```

COMPLETE ONLINE TRACKING: ENTER THIS ADDRESS IN YOUR WEB BROWSER TO TRACK: HTTP://THEUPSSTORE.COM (SELECT TRACKING, ENTER SHIPMENT ID #) SHIPMENT QUESTIONS? CONTACT SHIPPED THROUGH ABOVE.

CUSTOMER ACKNOWLEDGEMENT: I ACKNOWLEDGE AND ACCEPT TERMS & CONDITIONS IN FORCE FOR TENDERING SHIPMENTS THROUGH THIS LOCATION AND CERTIFY THAT ADDRESS, CONTENTS AND VALUES PROVIDED FOR THIS SHIPMENT ARE ACCURATE IN ALL RESPECTS.

Signature:

SHIPMENTID: MMRNKN4M89NE6

Powered by iShip(r)
06/01/2017 11:43 AM Pacific Time N

The UPS Store

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
RRD R 0417

Welcome to our new site. Take a look at whatw (/us/en/help-center/new-features.page)

QUICK START

Home (/us/en/Home.page?) > Tracking (/us/en/services/tracking.page?) > Track & Tracking History

# Tracking Detail

**1ZA6916A0122643448**

Delivered

**Delivered On:**
Friday,  06/02/2017 at 9:57 A.M.

**Left At:**
Mail Room

**Received By:**
ESTEVEZ

**Proof of Delivery** ↗

What time will your package be delivered to your home? Get **FREE** estimated Delivery Windows on most UPS packages.

**Continue**

**I am already a UPS My Choice® Member**

▼ **SHIPMENT PROGRESS**

| LOCATION | DATE | LOCAL TIME | ACTIVITY |
|---|---|---|---|
| NEW YORK, NY, US | 06/02/2017 | 9:57 A.M. | Delivered |
|  | 06/02/2017 | 7:16 A.M. | Out For Delivery |
|  | 06/02/2017 | 6:20 A.M. | Arrival Scan |

| Stratford, CT, United States | 06/02/2017 | 4:25 A.M. | Departure Scan |
|---|---|---|---|
| Stratford, CT, United States | 06/01/2017 | 8:26 P.M. | Arrival Scan |
| Orange, CT, United States | 06/01/2017 | 7:59 P.M. | Departure Scan |
| | 06/01/2017 | 7:21 P.M. | Origin Scan |
| United States | 06/01/2017 | 6:26 P.M. (ET) | Order Processed: Ready for UPS |

▼ **ADDITIONAL INFORMATION**

**Shipment Category:**        Package
**Shipped/Billed On:**        06/01/2017
**Weight:**                   0.70 lb

Customer Service +

Connect with Us +

Other UPS Sites +

Company Info +

This Site +

Legal +

Copyright ©1994- 2017 United Parcel Service of America, Inc. All rights reserved.

THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:
THUR 8 JUN 2017

EXPECTED DELIVERY DATE:
MON 12 JUN 2017 EOD

SHIP FROM:
MEDIA FREEDOM & INFO ACCESS CLINIC
PO BOX 208215
NEW HAVEN  CT 06520
(203) 436-5831

SHIPMENT INFORMATION:
UPS GROUND COMMERCIAL
0.6 LBS ACTUAL WT
1.00 LBS BILLABLE WT
DIMS: 13.00X10.00X1.00 IN
UPS CARBON NEUTRAL
E-MAIL NOTIFICATION: SHIP,DELIVER

TRACKING NUMBER: 1ZA6916A0356457716
SHIPMENT ID: MMRNKN4P7ATB5
SHIP REF 1: GRD/RK
SHIP REF 2: - -

SHIP TO:
ATTN: JEFFERSON SESSIONS
US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0001
BUSINESS

DESCRIPTION OF GOODS:
DOCUMENTS

| SHIPMENT CHARGES: | |
|---|---|
| GROUND COMMERCIAL | 9.51 |
| SERVICE OPTIONS | 0.05 |
| CMS PROCESSING FEE | 0.20 |
| **TOTAL** | **$9.76** |

SHIPPED THROUGH:
THE UPS STORE #5105
NEW HAVEN,CT 06511-3403
(203) 772-4445

COMPLETE ONLINE TRACKING:  ENTER THIS ADDRESS IN YOUR WEB BROWSER TO TRACK:
HTTP://THEUPSSTORE.COM  (SELECT TRACKING, ENTER SHIPMENT ID #)    SHIPMENT
QUESTIONS? CONTACT SHIPPED THROUGH ABOVE.

CUSTOMER ACKNOWLEDGEMENT: I ACKNOWLEDGE AND ACCEPT TERMS & CONDITIONS IN FORCE
FOR TENDERING SHIPMENTS THROUGH THIS LOCATION AND CERTIFY THAT ADDRESS, CONTENTS
AND VALUES PROVIDED FOR THIS SHIPMENT ARE ACCURATE IN ALL RESPECTS.

Signature:

SHIPMENTID: MMRNKN4P7ATB5

Powered by iShip(r)
06/08/2017 01:36 PM Pacific Time N



The UPS Store



SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.

QUICK START 

Home (/us/en/Home.page?) > Tracking (/us/en/services/tracking.page?) > Track & Tracking History

# Tracking Detail

## 1ZA6916A0356457716

**Delivered** ✓

**Delivered On:**
Monday, 06/12/2017 at 9:35 A.M.

**Left At:**
Receiver

**Received By:**
ANDERSON

**Proof of Delivery** ↗

What time will your package be delivered to your home? Get **FREE** estimated Delivery Windows on most UPS packages.

**Continue**

**I am already a UPS My Choice® Member**

▼ **SHIPMENT PROGRESS**

| LOCATION | DATE | LOCAL TIME | ACTIVITY |
|---|---|---|---|
| WASHINGTON, DC, US | 06/12/2017 | 9:35 A.M. | Delivered |
| Landover, MD, United States | 06/12/2017 | 5:04 A.M. | Out For Delivery |
| Landover, MD, United States | 06/09/2017 | 9:05 P.M. | Arrival Scan |
| Laurel, MD, United States | 06/09/2017 | 8:41 P.M. | Departure Scan |
|  | 06/09/2017 | 12:50 P.M. | Arrival Scan |
| Stratford, CT, United States | 06/09/2017 | 3:49 A.M. | Departure Scan |
| Stratford, CT, United States | 06/08/2017 | 8:29 P.M. | Arrival Scan |

| | | | |
|---|---|---|---|
| Orange, CT, United States | 06/08/2017 | 7:59 P.M. | Departure Scan |
| | 06/08/2017 | 7:46 P.M. | Origin Scan |
| United States | 06/08/2017 | 7:04 P.M. (ET) | Order Processed: Ready for UPS |

▼ **ADDITIONAL INFORMATION**

| | |
|---|---|
| **Shipment Category:** | Package |
| **Shipped/Billed On:** | 06/08/2017 |
| **UPS carbon neutral:** ⓘ | Yes |
| **Weight:** | 0.60 lb |

Customer Service +

Connect with Us +

Other UPS Sites +

Company Info +

This Site +

Legal +

Copyright ©1994- 2017 United Parcel Service of America, Inc. All rights reserved.