

**Daniel Bernstein**
+1 212.836.7120 Direct
Daniel.Bernstein@apks.com

January 11, 2018

**BY ECF**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *Seife v. Food and Drug Administration and Department of Health and Human Services*, 17 Civ. 3960 (JMF)

**Letter Motion to Postpone the January 22 Hearing**

Dear Judge Furman:

    We move jointly on behalf of Defendant-Intervenor, Sarepta Therapeutics, Inc. ("Sarepta"), Defendants, the Food and Drug Administration and the Department of Health and Human Services ("FDA"), and Plaintiff, Charles Seife (collectively, the "Parties") to request the postponement of the status conference currently scheduled for January 22, 2018 at 3:45 p.m., due to preexisting conflicts.  *See* ECF No. 58.  Per our communications with your Honor's chambers, we request that this status conference be held on either the afternoon of January 24, 2018 or anytime on January 26, 2018.

    Sincerely,

    /s/ Daniel R. Bernstein
    Daniel R. Bernstein
    Arnold & Porter Kaye Scholer LLP
    250 West 55th Street
    New York, NY 10019
    Tel: (212) 836-8000
    Daniel.Bernstein@apks.com

ARNOLD & PORTER
KAYE SCHOLER

The Honorable Jesse M. Furman
U.S. District Court
Southern District of New York
January 11, 2018

                                              Kristen E. Ittig
                                              Stuart W. Turner
                                              Amanda J. Sherwood
                                              Arnold & Porter Kaye Scholer LLP
                                              601 Massachusetts Avenue, NW
                                              Washington, DC 20001
                                              Tel: (202) 942-5000
                                              Kristen.Ittig@apks.com
                                              Stuart.Turner@apks.com
                                              Amanda.Sherwood@apks.com

                                              *Counsel for Defendant-Intervenor Sarepta Therapeutics*

                                              Geoffrey S. Berman
                                              United States Attorney for the Southern District Of New York

                                      By: <u>DOMINIKA TARCZYNSKA (consent by email)</u>
                                              Dominika Tarczynska
                                              Assistant United States Attorney
                                              Tel. (212) 637-2748
                                              Fax (212) 637-2686
                                              dominika.tarczynska@usdoj.gov

                                              *Counsel for Defendants Food and Drug Administration and the Department of Health and Human Services*

                                      By: <u>CORTELYOU KENNEY (consent by email)</u>
                                              Cortelyou Kenney
                                              Margaret McCarthy
                                              Media Freedom and Information Access Clinic
                                              Abrams Institute for Freedom of Expression
                                              Yale Law School
                                              P.O. Box 208215
                                              New Haven, CT 06520
                                              Tel: (203) 432-4366
                                              cortelyou.kenney@yale.edu

ARNOLD & PORTER
KAYE SCHOLER

The Honorable Jesse M. Furman
U.S. District Court
Southern District of New York
January 11, 2018

margaret.e.mccarthy@yale.edu

David A. Schulz
321 West 44th Street, Suite 1000
New York, NY 10036
Tel: (212) 850-6100
Fax: (212) 850-6299
schulzd@ballardspahr.com

Thomas S. Leatherbury
Vinson & Elkins
2001 Ross Avenue
Suite 3700
Dallas, TX 75201
Tel: (214) 220-7792
Fax: 214-999-7792

*Counsel for the Plaintiff*

3