UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHARLES SEIFE,

                Plaintiff,                17 **CIVIL** 3960 (JMF)

      -against-                     **JUDGMENT**

FOOD AND DRUG ADMINISTRATION, et al.,

                Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 6, 2020, the summary judgment motions of Defendants and Sarepta are GRANTED and Seife's cross-motion for summary judgment is DENIED. As the parties explained in their March 22, 2018 joint letter and as noted in Defendants' brief the "FDA also withheld information in the documents on the basis of patient privacy pursuant to FOIA Exemption 6,' but Seife did not challenge the Exemption 6 withholdings in his cross-motion. Defs.' Mem. 4 n.3; see ECF No. 66, at 1-2. In any event, given that the redactions were proper under Exemption 4, any remaining issues regarding Exemption 6 are moot; accordingly, the case is closed.

**Dated:**  New York, New York
           October 6, 2020

                                                  **RUBY J. KRAJICK**

                                                  **Clerk of Court**
                              BY:

                                                  **Deputy Clerk**