# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---

**Charles Seife**

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Food and Drug Administration and U.S. Department of Health and Human Services, Defendants, and Sarepta Therapeutics, Inc., Defendant-Intervenor

(List the full name(s) of the defendant(s)/respondent(s).)

__17__ CV __3960__ ( )(JMF)

**NOTICE OF APPEAL**

---

Notice is hereby given that the following parties:

**Charles Seife**

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the  ☑ judgment  ☑ order  entered on: **10/06/2020**

(date that judgment or order was entered on docket)

that:

the information withheld from disclosure by the Food and Drug Administration was proper under FOIA Exemption 4.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

| | |
|---|---|
| **12/3/2020** | **David Schulz** Digitally signed by David Schulz Date: 2020.12.02 15:32:07 -05'00' |
| Dated | Signature* |

**Schulz, David, A.**
Name (Last, First, MI)

| | | | |
|---|---|---|---|
| **1675 Broadway, 19th Floor** | **New York** | **New York** | **10019** |
| Address | City | State | Zip Code |
| **(917) 733-9014** | | **schulzd@ballardspahr.com** | |
| Telephone Number | | E-mail Address (if available) | |

Media Freedom and Information Access Clinic, Yale Law School

---

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13